[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-14395
Non-Argument Calendar

_____

D.C. Docket No. 2:18-cr-00472-ECM-SMD-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LABARRY AARON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

(December 10, 2020)

Before JORDAN, GRANT, and BRASHER, Circuit Judges.

PER CURIAM:

Carly Wilkins has moved to withdraw from further representation of Labarry

Aaron, whom she was appointed counsel for in this direct criminal appeal, and filed

a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). After an independent

review of the entire record, we agree with counsel's assessment of the relative merit of the appeal. Accordingly, counsel's motion to withdraw is **GRANTED** and Aaron's conviction and sentence are **AFFIRMED**.